1  LAUREL I. HANDLEY (NV Bar #009576)
   GREGG A. HUBLEY (NV Bar #007386)
2  PITE DUNCAN, LLP
   701 Bridger Avenue, Suite 700
3  Las Vegas, NV 89101
   <u>MAILING ADDRESS</u>
4  P.O. Box 17935
   San Diego, CA 92177-0935
5  Telephone: (858) 750-7600
   Facsimile: (619) 326-2430
6  E-mail: Lhandley@piteduncan.com

7  Attorneys for Defendants Saxon Mortgage
   Services and Deutsche Bank National
8  Trust Company as Trustee for IXIS Real
   Estate Capital Trust 2006-HE1

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS KNIPPEL, an individual, and GLORIA KNIPPEL, an individual, <br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES; DEUTSCHE BANK NATIONAL TRUST CO.; LENDER PROCESSING SERVICES; LPS DEFAULT SOLUTIONS, INC.; LPS FORECLOSURE SOLUTIONS, INC.; QUALITY LOAN SERVICE CORP.; MCCARTHY & HOLTHUS, LLP; MOSS CODILIS LLP; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-001726<br><br>**VERIFIED PETITION OF THOMAS J. CUNNINGHAM, ESQ. FOR PERMISSION TO PRACTICE PRO HAC VICE IN THIS CASE AND DESIGNATION OF LEAD COUNSEL**<br><br>EFFECTIVE NOVEMBER 11, 2010<br>FILING FEE IS $175.00 |

Thomas J. Cunningham, Esq., Petitioner, respectfully represents to the Court:

1. Petitioner resides at 5220 Benton, Downers Grove, Illinois 60615.

2. Petitioner is an attorney at law and a member of the law firm of LOCKE LORD BISSELL & LIDDELL LLP with offices at 111 South Wacker Drive, Chicago, Illinois 60606 (312) 443-0656, tcunningham@lockelord.com.

3. Petitioner has been retained personally or as a member of the law firm by Saxon Mortgage Services, Inc. and Deutsche Bank National Trust Company as Trustee for IXIS Real Estate Capital Trust 2006-HE1 to provide legal representation in connection with the above-entitled case now pending before this Court.

4. Since 1993 Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois where Petitioner regularly practices law.

5. Petitioner was admitted to practice before the following Courts on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Federal/State Admissions | Status (Active/Inactive) | Date Admitted | Bar Number |
| --- | --- | --- | --- |
| State Bar of Illinois | Active | 1993 | 6215928 |
| State Bar of California | Active | 2009 | 263729 |
| United States Supreme Court | Active | 1996 | |
| United States Seventh Circuit Court of Appeals | Active | 1993 | |
| United States Ninth Circuit Court of Appeals | Active | 2008 | |
| United States District Court, Northern District of Illinois | Active | 1993 | |
| United States District Court, Central District of Illinois | Active | 1996 | |
| United States District Court, Southern District of Illinois | Active | 2003 | |
| United States District Court, Western District of Michigan | Active | 2002 | |
| United States District Court, Eastern District of Wisconsin | Active | 2009 | |
| United States District Court, Central District of California | Active | 2009 | |
| United States District Court, Eastern District of California | Active | 2009 | |
| United States District Court, Northern District of California | Active | 2009 | |
| United States District Court, Southern District of California | Active | 2009 | |

-2-

6. There are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: Not applicable.

7. Has Petitioner ever been denied admission to the State Bar of Nevada? (If yes, give particulars of every denied admission): No.

8. Petitioner is a member of good standing in the following Bar Associations:

American Bar Association; Los Angeles County Bar Association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 22, 2009; December 3, 2009 | *Goodwin, et al. v. Executive Trustee Services, LLC., et al*; Case No. 3:09-cv-00306-ECR | United States District Court for the District of Nevada | Both Granted |
| July 8, 2009 | *Lopez, et al. v. Executive Trustee Services ,LLC, et al*; Case No. 3:09-cv-180-ECR | United States District Court for the District of Nevada | Granted |
| August 3, 2009 | *Green, et al. v. Countrywide Home Loans, Inc., et al.*; Case No. 3:09-cv-00374-BES | United States District Court for the District of Nevada | Granted |
| September 17, 2009 | *Local AD Link, Inc., et al. v. Adzzoo, LLC, et al.*, Case No. 2:09-cv-01564-RCJ-LRL | United States District Court for the District of Nevada | Granted |
| October 2, 2009 | *Dalton, et al. v. Citimortgage, Inc., et al.*; Case No. 3:09-cv-00534-ECR-VPC | United States District Court for the District of Nevada | Granted |

| | | | |
|---|---|---|---|
| July 14, 2010 | *State of Nevada, et al. v. Countrywide Home Loans Servicing LP, et al.*, Case No. 3:10-cv-00419-RCJ-PAL | United States District Court for the District of Nevada | Granted |
| September 23, 2010 | *Abdolhamid Ahmadi v. Wilson Resources, Inc., et al.*, Case No. 3:10-cv-00587 RCJ VPC | United States District Court for the District of Nevada | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
THOMAS J. CUNNINGHAM, ESQ.

STATE OF ILLINOIS  )
                   ) ss:
COUNTY OF COOK     )

Thomas J. Cunningham, Esq., Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
THOMAS J. CUNNINGHAM, ESQ.

Subscribed and sworn to before me this __23rd__ day of __November__, 2010.

_____
Notary public or Clerk of Court

"OFFICIAL SEAL"
JUDY M. MAJDA
Notary Public, State of Illinois
My Commission Expires 04/17/12

**DESIGNATION OF RESIDENT ATTORNEY
ADMITTED TO THE BAR OF THIS COURT
AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Gregg A. Hubley, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Pite Duncan, LLP
701 E. Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
(702) 991-4632

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints Gregg A. Hubley of PITE DUNCAN LLP as its Designated Resident Nevada Counsel in this case.

Saxon Mortgage Services, Inc.
_____
Party Signature

Deutsche Bank National Trust Company
as Trustee for IXIS Real Estate Capital
Trust 2006-HE1, by
Saxon Mortgage Services, Inc.
_____
Party Signature

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____        # 7386
Designated Resident Nevada Counsel's Signature        Bar number

**UPON THE COURT'S FINDING OF GOOD CAUSE,
IT IS HEREBY APPROVED** this 2nd day of December, 2010.

_____
Gloria M. Navarro
United States District Judge